UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  -vs-                                          Case No. 11-CR-127

**LEOPOLDO BALDERAS,**

    Defendant.

## DECISION AND ORDER

Leopoldo Balderas moves to reduce his total restitution obligation from $480,000 to $5,000. A restitution order is a final judgment that can be modified only in the circumstances set forth in 18 U.S.C. §§ 3664(o)(1) and (2), none of which apply to Balderas. Alternatively, the payment schedule can be modified in the event of a "material change in the defendant's economic circumstances, …" § 3664(k). Balderas's economic circumstances are pretty much the same as they were at sentencing. Moreover, the current payment schedule is only $50/month.

Therefore, Balderas's motion [ECF No. 217] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2016.

                            **SO ORDERED:**

                            s/ *Pamela Pepper*
                            for **HON. RUDOLPH T. RANDA**
                            **U.S. District Judge**